IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA HENDRICKS, | ) | CASE NO. 8:12-cv-00041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT STIPULATION FOR DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the Plaintiff's Complaint be dismissed, without prejudice, each party to pay their own taxable costs and attorneys' fees.

Dated this 15th day of May, 2012.

| | |
|---|---|
| CYNTHIA HENDIRCKS,<br>Defendant | MUTUAL OF OMAHA INSURANCE<br>COMPANY, Defendant |
| By:  /s/Robert G. Dorton*<br>   Robert G. Dorton, #23830<br>   319 South 17th Street, #210<br>   Omaha, NE 68102<br>   (402) 614-4155<br>   robert@robertdorton.com<br>   ATTORNEY FOR PLAINTIFF | By:  /s/ Timothy J. Thalken<br>   Timothy J. Thalken, #22173<br>   FRASER STRYKER PC LLO<br>   500 Energy Plaza<br>   409 South 17th Street<br>   Omaha, NE 68102-2663<br>   (402) 341-6000<br>   tthalken@fraserstryker.com<br>   ATTORNEYS FOR DEFENDANT |

*Counsel for the Defendant has conferred with counsel for the Plaintiff who has authorized the Defendant to file this Stipulation using Plaintiff's counsel's electronic signature.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on May 15, 2012, using the CM/ECF system which sent notification of such filing to the following:

Robert G. Dorton
Law Offices of Robert Dorton, LLC
319 South 17th Street, Suite 210
Omaha, NE 68102
ATTORNEY FOR PLAINTIFF

/s/ Timothy J. Thalken

636616