IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA HENDRICKS, | ) | CASE NO. 8:12-cv-00041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal without prejudice (Filing No. 12). Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint is dismissed, without prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

DATED this 16th day of May, 2012

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge

1